S. Paige Canfield, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan L. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before ROBERT G. DOWD, Jr., P.J., MARY RHODES RUSSELL, J., and TEITELMAN, J.

### ORDER

PER CURIAM.

Stuart Hood ("Movant") appeals the judgment denying his Rule 29 .15 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, attorney for respondent.

Before HOFF, C.J., CRANE, J., and CRIST, J.

### ORDER

PER CURIAM.

Defendant Kevin Livesay appeals the judgment and sentence entered after a jury convicted him of involuntary manslaughter in violation of section 565.024, RSMo 1994. On appeal, Defendant argues the trial court plainly erred in allowing the State to argue during its closing the impact of the victim's death on his family.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Kevin R. LIVESAY, Appellant.**

**No. ED 77067.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 9, 2001.

Amy M. Bartholow, Asst. Public Defender, Columbia, for appellant.

**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Carlos WILLIS, Defendant/Appellant.**

**No. ED 76976.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 9, 2001.